**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Antonio Guiterrez VALENCIA, a.k.a.
Antonio Gutierrez Valencia,
Defendant—Appellant.**

**No. 04–10089.**

**D.C. No. CR–02–05390–AWI.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.*

Decided June 17, 2005.

Laurel J. Montoya, USF—Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Nicholas F. Reyes, Esq., Fresno, CA, for Defendant–Appellant.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before KLEINFELD, TASHIMA and THOMAS, Circuit Judges.

MEMORANDUM **

Antonio Guiterrez–Valencia appeals the sentence imposed following his guilty plea for conspiracy to manufacture 1,000 or more marijuana plants in violation of 21 U.S.C. §§ 841(a)(1) and 846. Guiterrez–Valencia contends that the district court erred in conducting the sentencing hearing, and in concluding that Guiterrez–Valencia was not eligible for a "safety valve" reduction to his sentence.

As part of his plea agreement, Guiterrez–Valencia waived his right to bring an appeal. Guiterrez–Valencia does not contend that his guilty plea was involuntary or unknowing. Accordingly, we enforce the waiver of his appellate rights, and dismiss the appeal. *See United States v. Navarro–Botello,* 912 F.2d 318, 321 (9th Cir. 1990).

DISMISSED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

